

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00435-CR

CLARENCE WILLIAM DAVIS, Appellant    §    On Appeal from

§    Criminal District Court No. 3

§    of Tarrant County (1585738D)

V.    §    January 16, 2020

§    Per Curiam

THE STATE OF TEXAS    §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM